IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESTER BYRD and LESLIE BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-810-GPM |
| ) | |
| WILLIAM LOWE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the First Motion to Withdraw filed by the plaintiff's attorney, Charles R. Douglas, on July 14, 2006 (Doc. 41), the Motion to Compel and for Sanctions filed by the plaintiffs, Lester Byrd and Leslie Byrd, on July 26, 2006 (Doc. 49), the Motion to Amend filed by the plaintiffs on August 14, 2006 (Doc. 53) and the Second Motion to Withdraw filed by Douglas on August 28, 2006 (Doc. 55). The first motion to withdraw is **GRANTED IN PART**, the motion to compel and for sanctions is **DENIED WITHOUT PREJUDICE**, the motion to amend is **GRANTED**, and the second motion to withdraw is **MOOT**.

**Motions to Withdraw**

Attorney Charles R. Douglas seeks to withdraw as counsel for the plaintiffs. Attorney Bruce A. Carr now has entered his appearance for the plaintiffs. Therefore, attorney Douglas is **GRANTED** leave to withdraw. The second motion is **MOOT**. Attorney Douglas also appears to seek the Court's enforcement of his "right to request attorney's fees at a later date . . . ." Such a request is unrelated to his withdrawal from the case and is not a matter that is ripe for consideration. Therefore, this Court expresses no opinion as to whether attorney Douglas is entitled to fees or whether this Court will enforce any fee agreement.

**Motion to Amend**

Federal Rule of Civil Procedure 15(a) provides that a party may amend a pleading and that leave to amend "shall be freely given when justice so requires." However, leave to amend may be denied if there is "undue delay, bad faith, dilatory motive, prejudice, or futility." Guise v. BWM Mortgage, LLC., 377 F.3d 795, 801 (7th Cir. 2004). The granting or denying of a motion to amend is reviewed for an abuse of discretion. Butts v. Aurora Health Care, Inc., 387 F.3d 921, 925 (7th Cir. 2004). There has been no objection to the motion and no showing of prejudice. Therefore, the motion is **GRANTED**. The plaintiffs **SHALL** file their amended complaint by September 8, 2006. In light of this ruling, and the plaintiffs' representations in the motion, the motion to dismiss and strike is **MOOT** (Doc. 45) and the motion to compel and for sanctions is **DENIED WITHOUT PREJUDICE** (Doc. 49)**.**


**DATED: August 31, 2006**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**
